IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH KISANHOSPITALITY@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO | Case No. 13-mj-1076 |

## ORDER

Upon motion of the United States, the Search Warrant issued on October 4, 2013, and the application provided in support thereof, are hereby unsealed

So ORDERED this 15th day of May, 2014.

The Honorable Juliet Griffin
United States Magistrate Judge