UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE
JUN 20 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES OF AMERICA
Plaintiff,

v.

Case No. 3:14-00082

R.C. PATEL
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for R.C. PATEL hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that Court.

s/ [signature]
Signature

Name: Edward T.M. Garland

Address: Garland, Samuel & Loeb, P.C.

Address: 3151 Maple Drive, N.E.

Address: Atlanta, GA 30305

Phone: 404.262.2225

Email: etg@gsllaw.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *